# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ, ) | 1:06-CV-00961 AWI SMS HC |
| ) | |
| Petitioner, ) | ORDER GRANTING PETITIONER'S |
| ) | MOTION TO SUPPLEMENT PETITION AND |
| v. ) | PETITIONER'S MOTION FOR |
| ) | PRELIMINARY INJUNCTION |
| JEFF WRIGLEY, Warden, ) | [Doc. #9] |
| ) | |
| Respondent. ) | ORDER MODIFYING BRIEFING SCHEDULE |
| ) | [Doc. #7] |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 8, 2006, Petitioner filed a motion for preliminary injunction. On September 26, 2006, Petitioner filed the instant motion to supplement his petition and to supplement his motion for preliminary injunction. Respondent has not filed an opposition to Petitioner's motion. In addition, Respondent has not yet filed an answer to the petition.

Rule 15(d) of the Federal Rules of Civil Procedure provides, in relevant part:

(a) Supplemental Pleadings. Upon motion of a party the court may, upon reasonable notice and upon such terms as are just, permit the party to serve a supplemental pleading setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented. Permission may be granted even though the original pleading is defective in its statement of a claim for relief or defense. If the court deems it advisable that the adverse party plead to the supplemental pleading, it shall so order, specifying the time therefor.

1  Accordingly, good cause having been presented and GOOD CAUSE APPEARING
2  THEREFOR, Petitioner's motion to supplement his petition and to supplement his motion for
3  preliminary injunction is GRANTED.  In light of the supplemental pleading, the deadline for filing
4  an answer is hereby EXTENDED; the answer is now due within sixty (60) days of the date of service
5  of this order. In addition, if Respondent desires to file an opposition to Petitioner's motion for
6  preliminary injunction, he may do so within twenty (20) days of the date of service of this order.

8  IT IS SO ORDERED.

9  **Dated:   October 24, 2006**                /s/ **Sandra M. Snyder**
   icido3                                       UNITED STATES MAGISTRATE JUDGE