UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ,<br><br>    Petitioner,<br><br>    v.<br><br>JEFF WRIGLEY, Warden,<br><br>    Respondent. | 1:06-CV-00961-AWI-SMS-HC<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION<br><br>(Doc. 11) |

        Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241. On October 23, 2006, respondent filed a request for an extension of time to file a response to the petition for writ of habeas corpus, pursuant to the court's order of August 23, 2006.

        On October 27, 2006, and during the pendency of this request, respondent submitted a response to the petition for writ of habeas corpus. Accordingly, the request for an extension of time is GRANTED nunc pro tunc to October 23, 2006.

IT IS SO ORDERED.

**Dated:   November 20, 2006**          **/s/ Sandra M. Snyder**
23ehd0                                           UNITED STATES MAGISTRATE JUDGE