UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ,<br><br>    Petitioner,<br><br>    v.<br><br>JEFF WRIGLEY, Warden,<br><br>    Respondent. | 1:06-CV-00961-AWI-SMS-HC<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION<br><br>(Doc. 11) |

        Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241. On October 23, 2006, respondent filed a request for an extension of time to file a response to plaintiff's motion for preliminary injunction of September 8, 2006.

        On October 27, 2006, and during the pendency of this request, respondent submitted a response to the motion for preliminary injunction. Accordingly, the request for an extension of time is GRANTED nunc pro tunc to September 26, 2006.

IT IS SO ORDERED.

**Dated:   November 20, 2006**             /s/ Sandra M. Snyder
23ehd0                                                   UNITED STATES MAGISTRATE JUDGE