UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ,<br><br>             Petitioner,<br><br>   v.<br><br>JEFF WRIGLEY, Warden,<br><br>             Respondent. | 1:06-CV-00961 AWI SMS HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>[Doc. #17]<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS<br>[Doc. #1]<br><br>ORDER DENYING PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION<br>[Doc. #8]<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

      Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

      On November 14, 2006, the Magistrate Judge issued Findings and Recommendation that recommended the Petition for Writ of Habeas Corpus be DENIED, Petitioner's Motion for Preliminary Injunction be DENIED, and the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

1    On November 29, 2006, Petitioner filed objections to the Findings and Recommendation.

2    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections.

In his objections, Petitioner contends he has been deprived of 27 days good conduct time credits as a result of the disciplinary hearing. He did not present this claim in his petition. In any case, the Magistrate Judge correctly found the prison disciplinary hearing comported with due process. The guilty finding was supported by the evidence.

Petitioner also alleges he did not receive a copy of the disciplinary hearing officer's report as found by the Magistrate Judge. He also did not raise this claim in his petition; therefore, it not properly before the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued November 14, 2006, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DENIED;

3. Petitioner's Motion for Preliminary Injunction is DENIED; and

4. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:**   **December 30, 2006**            **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE