1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9   CHARLES LOWELL KENTZ,            )      1:06-cv-00961-AWI-SMS-HC
                                     )
10           Petitioner,             )      ORDER DENYING CERTIFICATE OF
                                     )      APPEALABILITY
11      v.                           )
                                     )      (Document #26)
12   JEFF WRIGLEY, Warden,           )
                                     )
13           Respondent.             )
    _____)

14

15          Petitioner is a state prisoner who filed a Petition for Writ of Habeas Corpus

16   pursuant to 28 U.S.C. § 2254.   January 3, 2007, the court adopted the Magistrate Judge's

17   Findings and Recommendations and denied the petition for writ of habeas corpus.   On January

18   29, 2007, Petitioner filed an application for a certificate of appealability.

19          A prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal

20   a district court's denial of his petition, and an appeal is only allowed in certain circumstances.

21   Miller-El v. Cockrell, 537 U.S. 322, 335-36 (2003).  The controlling statute is 28 U.S.C. § 2253,

22   which provides as follows:

23              (a) In a habeas corpus proceeding or a proceeding under section 2255 before a
             district judge, the final order shall be subject to review, on appeal, by the court of
24           appeals for the circuit in which the proceeding is held.
                (b) There shall be no right of appeal from a final order in a proceeding to test the
25           validity of a warrant to remove to another district or place for commitment or trial
             a person charged with a criminal offense against the United States, or to test the
26           validity of such person's detention pending removal proceedings.
                (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an
27           appeal may not be taken to the court of appeals from–
                (A) the final order in a habeas corpus proceeding in which the detention
28           complained of arises out of process issued by a State court;  or

(B) the final order in a proceeding under section 2255.
(2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.
(3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

If the court denies a Petitioner's petition, the court may only issue a certificate of appealability "if jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." Miller-El, 537 U.S. at 327; Slack v. McDaniel, 529 U.S. 473, 484 (2000).

In the present case, the court finds that reasonable jurists would not disagree with the court's determination that Plaintiff's claims are unexhausted.   In addition, reasonable jurists would not disagree that based on the contentions made in the petition, Petitioner was given all due process protections at his disciplinary hearing.  Accordingly, the court hereby ORDERS that Plaintiff's motion for a certificate of appealability is DENIED.

IT IS SO ORDERED.

**Dated:   February 5, 2007**              _____/s/ Anthony W. Ishii_____
0m8i78                                              UNITED STATES DISTRICT JUDGE

2